7jgmtwoh (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

***In Re:*** Ellman Spencer Long
***Debtor***

***Bankruptcy Case No.***
11−62648−abf7

**Randy W. Brookman**
    Plaintiff(s)

***Adversary Case No.***
12−06026−abf

v.

**Ellman Spencer Long**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment is entered in favor of Plaintiff Randy W. Brookman and against defendant Ellman Spencer Long on all Counts of the Complaint and the Court declares that the Judgment entered on May 24, 2010 by the Circuit Court of Greene County, Missouri, Case No. 31105CC5493, for personal injuries in the amount of $500,000.00 and for attorneys fees in the amount of $11,000.00, plus all costs incurred by plaintiff in such action is non−dischargeable as a debt for willful and malicious injury by the debtor−defendant to Plaintiff pursuant to 11 U.S.C. Section 523(a)(6). FURTHER ORDERED, ADJUDGED AND DECREED that the costs of this action are assessed against defendant Ellman Spencer Long

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Sharon Stanley
    Deputy Clerk



Date of issuance: 6/20/12

Court to serve